# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE:                                                                                          Case No:    05-32041
JOHN O'NEILL JR
LISA COSTNER O'NEILL
SSN#: XXX-XX-1968
SSN#: XXX-XX-9768

**NOTICE TO THE DEBTORS**

Our records indicate that you have completed your Chapter 13 plan payments.

You will be mailed a Final Report and Account which takes approximately 3-4 months.  Please contact your attorney if you have any further questions.

Allow me to offer my congratulations.

**CORRESPONDENCE ADDRESS:**                                    **LOCKBOX ADDRESS:**

Warren L. Tadlock                                                              Warren L. Tadlock
Standing Chapter 13 Trustee                                          Chapter 13 Trustee
4600 Park Rd Ste 101                                                       PO BOX 792
Charlotte, NC  28209-0201                                              Memphis, TN 38101-0792
704/372-9650                                                                     704/372-9650

---

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on January 28, 2009.

L. Long
Office of the Chapter 13 Trustee

JOHN O'NEILL JR & LISA COSTNER O'NEILL, 1333 PRINCETON AVENUE, GASTONIA, NC  28054

Total Served: 1