**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In Re:  Case No: 05-32041

JOHN O'NEILL JR  SSN#1 - XXX-XX-1968
LISA COSTNER O'NEILL  SSN#2 - XXX-XX-9768
1333 PRINCETON AVENUE
GASTONIA, NC  28054  Judge: George R. Hodges

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**COMPLETED**

This Case was  The Plan was
Commenced on 05/13/2005  Confirmed on 07/13/2005

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtors for the benefit of Creditors:  $31,272.50
Composition Plan.  Minimum payout to unsecured creditors = 10%.

## SUMMARY

Summary of filed claims & disbursements during the administration of this plan:

|  | CLAIMS FILED | PRINCIPAL & INTEREST PAID | % PAID |
|---|---:|---:|---:|
| UNSECURED | $78,954.51 | $16,580.46 | 21.00% |
| SECURED | $5,460.00 | $5,636.50 | 100.00% |
| PRIORITY | $703.12 | $869.81 | 100.00% |
| ADMINISTRATIVE | $0.00 | $0.00 | 0.00% |
| ATTORNEY | $5,757.51 | $5,757.51 | 100.00% |
| TRUSTEE | $2,069.93 | $2,069.93 | 100.00% |
| TT NOTICE FEE | $27.00 | $27.00 | 100.00% |
| DEBTOR REFUND | $331.29 | $331.29 | 100.00% |
|  | $93,634.65 | $31,272.50 |  |

Case No.  05-32041    JOHN O'NEILL JR & LISA COSTNER O'NEILL

## CLAIMS AND DISTRIBUTIONS TO DATE

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 2,069.93 | 2,069.93 | |
| 1 | | WAYNE SIGMON | B-Base Attorney Fee(s) | 585.00 | 585.00 | 0.00 |
| 2 | | WAYNE SIGMON | B-Base Attorney Fee(s) | 709.00 | 709.00 | 0.00 |
| 34 | | WAYNE SIGMON | L-Legal Fees | 2,863.34 | 2,863.34 | 0.00 |
| 36 | | WAYNE SIGMON | L-Legal Fees | 465.48 | 465.48 | 0.00 |
| 38 | | WAYNE SIGMON | L-Legal Fees | 1,134.69 | 1,134.69 | 0.00 |
| 3 | | UNITED GUARANTY RES INS | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 7 | | SUNTRUST MORTGAGE | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 6 | | SUNTRUST MORTGAGE | N-Mortgage/Lease Arrears | 0.00 | 0.00 | 0.00 |
| 33 | | UNITED GUARANTY RES INS | N-Mortgage/Lease Arrears | 4,860.00 | 4,860.00 | 176.50 |
| 4 | | HOMECOMINGS FINANCIAL | P-Priority | 703.12 | 703.12 | 166.69 |
| 37 | | SUNTRUST MORTGAGE | S-Secured-Pro-Rata | 600.00 | 600.00 | 0.00 |
| 5 | | HOMECOMINGS FINANCIAL | U-Unsecured | 57,197.00 | 12,011.37 | 0.00 |
| 15 | | BANK OF AMERICA | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 16 | | BANK OF AMERICA | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 17 | | BRANCH BANKING & TRUST | U-Unsecured | 11,537.79 | 2,422.94 | 0.00 |
| 32 | | BANK OF AMERICA | U-Unsecured | 1,526.17 | 320.50 | 0.00 |
| 27 | | SAMS CLUB | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 28 | | TARGET NATIONAL BANK | U-Unsecured | 2,653.32 | 557.20 | 0.00 |
| 29 | | ECAST SETTLEMENT CORP | U-Unsecured | 2,794.36 | 586.82 | 0.00 |
| 19 | | THE BELK CENTER INC | U-Unsecured | 404.61 | 84.97 | 0.00 |
| 20 | | ECAST SETTLEMENT CORPORATION | U-Unsecured | 291.18 | 61.15 | 0.00 |
| 21 | | CAPITAL ONE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 22 | | CAPITAL ONE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 23 | | ECAST SETTLEMENT CORP | U-Unsecured | 975.30 | 204.81 | 0.00 |
| 24 | | ECAST SETTLEMENT CORP | U-Unsecured | 301.78 | 63.37 | 0.00 |
| 25 | | ECAST SETTLEMENT CORP | U-Unsecured | 1,273.00 | 267.33 | 0.00 |
| 26 | | JCPENNEY COMPANY INC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 30 | | CITY OF GASTONIA | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 31 | | GRADY I INGLE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 35 | | HUTCHENS SENTER & BRITTON | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 18 | | BRANCH BANKING & TRUST | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 8 | | GASTON COUNTY | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 9 | | INTERNAL REVENUE SERVICE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 10 | | INTERNAL REVENUE SERVICES | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 11 | | IRS | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 12 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 13 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 14 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | **Totals** | **$92,945.07** | **$30,571.02** | **$343.19** |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Warren L. Tadlock as Trustee and releasing Warren L. Tadlock and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

CERTIFICATE OF SERVICE

/s/ Warren L. Tadlock

Warren L. Tadlock, Trustee

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on   May 20, 2009.

L. Long

Office of the Chapter 13 Trustee

JOHN O'NEILL JR & LISA COSTNER O'NEILL, 1333 PRINCETON AVENUE,   GASTONIA, NC  28054

Total Served: 1